UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEARL DE LEON *on behalf of herself and other similarly situated,* | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:19-CV-01574-X |
| MEDICAL CITY HEALTHCARE; and MEDICAL CITY LAS COLINAS | § § § § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

Having received the parties *Stipulation of Dismissal* [Doc. No. 64], the Court hereby **DISMISSES** all claims in this action **WITHOUT PREJUDICE**. Each party will bear their own costs, expenses, and attorney's fees.

**IT IS SO ORDERED** this 16th day of August, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1